IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SAN JOSE PACIFICA REAL ESTATE, S DE R.L. DE C.V. and REAL ESTATE PACIFICA RT, S. DE. R.L. DE. C.V. § § § § *Plaintiffs*, § § VS. § § FIDELITY NATIONAL TITLE § INSURANCE COMPANY § § *Defendant.* § | CIVIL ACTION NO. 3:16-CV-2485-*B* |

[PROPOSED] ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

Before the Court is the Joint Motion of Plaintiffs San Jose Pacifica Real Estate, S. de R.L. de C.V. and Real Estate Pacifica RT, S. de R.L. de C.V. (collectively, "Plaintiffs"), and Defendant Fidelity National Title Insurance Company ("FNTIC"), pursuant to 28 U.S.C. § 1404(a), to transfer this action to the United States District Court for the Central District of California, Western Division (hereinafter the ""Joint Transfer Motion").

Having reviewed the record, the Court finds that a forum selection clause, contained in a lender's policy of title insurance (the "Policy"), which Plaintiffs rely upon for their claims in this action, designates the domicile of FNTIC -- which is located in United States District Court for the Central District of California, Western Division -- as the exclusive forum for an action relating to the Policy, if brought by a claimant which is not domiciled in the United States. As Plaintiffs are Mexican limited liability companies, the domicile of FNTIC is therefore the proper venue of this action pursuant to the forum selection clause.

It is therefore accordingly, ORDERED, ADJUDGED, and DECREED that the Joint Transfer Motion is hereby GRANTED, and that the Clerk is directed to transfer this action to the United States District Court for the Central District of California, Western Division.

It is further ORDERED that in light of the transfer of venue, the Court suspends any and all pending deadlines as indicated in the Status Report Order dated September 7, 2016, as well as any other deadline under the Local Rules of this Court, and that no further proceedings shall be had in this Court.

SO ORDERED.

DATED: 9/22, 2016

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE